# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br>    Plaintiff,<br><br>        v.<br><br>CESAR ARTURO VASQUEZ,<br>et al.,<br>    Defendants. | CV-18-04239-DSF-(PJWx)<br><br>JUDGMENT |

    The Court having granted Defendants' motion for summary judgment as to the federal claim, denied Plaintiff's motion for summary judgment, and declined to exercise supplemental jurisdiction over the state law claim,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that Plaintiff's First Cause of Action be dismissed with prejudice, that Plaintiff's Second Cause of Action be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 14, 2019

                                                          Dale S. Fischer<br>
                                                          United States District Judge